

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00765-CR

Antorr Lamar **ALLISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0418
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED September 17, 2014.

Karen Angelini, Justice